IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNIE SELLERS AND SEAN COOPER, INDIVIDUALLY AND AS THE REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF THE BOSTON COLLEGE 401(K) RETIREMENT PLAN I AND THE BOSTON COLLEGE 401(K) RETIREMENT PLAN II,<br><br>    Plaintiffs,<br><br>V.<br><br>TRUSTEES OF BOSTON COLLEGE, PLAN INVESTMENT COMMITTEE, and JOHN and JANE DOES 1-10,<br><br>    Defendants. | Civil Action No.: 22-cv-10912-WGY |

**JOINT NOTICE REGARDING MOTION FOR CLASS CERTIFICATION**

Plaintiffs Connie Sellers and Sean Cooper and Defendants Trustees of Boston College and Plan Investment Committee, (collectively, "the Parties") by and through their respective undersigned counsel, file this Joint Notice regarding Plaintiffs' Assented-To Motion for Class Certification.

On April 5, 2023, Plaintiffs filed their Motion (D.E. 36), noting that Defendants agreed to assent to class certification if the Plaintiffs sought certification of four subclasses instead of a single class following good faith efforts to reduce the scope of any disputed issues. The Motion proposed that both Plaintiffs serve as class representatives for each of the four subclasses. On May 3, 2023, Defendants filed a Response (D.E. 42), asserting that Plaintiff Sean Cooper should not serve as class representative of two subclasses. On May 4, 2023, the Court scheduled a hearing regarding the Motion. The Notice Setting Hearing stated that "[i]f the parties were to

1

agree jointly on a class representative, counsel are instructed to notify the Court and this hearing will be canceled." (D.E. 43)

The Parties conferred following the Court's May 4 order and reached agreement on class representatives. They propose that Plaintiff Connie Sellers serve as class representative for all four subclasses and that Plaintiff Sean Cooper serve as class representative for all subclasses except one: the subclass of participants in The Boston College 401(k) Plan II advancing claims regarding Plan investments.[1] The Parties respectfully request that the scheduled hearing be canceled in light of their agreement.

Dated: May 17, 2023                                         Respectfully submitted,

*/s/ Osvaldo Vazquez*                                       */s/ James O. Fleckner*
Stephen Churchill (BBO # 564158)                            James O. Fleckner (BBO # 641494)
Osvaldo Vazquez (admitted *pro hac vice*)                   GOODWIN PROCTER LLP
FAIR WORK, P.C.                                             100 Northern Avenue
192 South Street, Suite 450                                 Boston, Massachusetts 02210
Boston, MA 02111                                            T: 617.570.1000
T: 617.607.3260                                             F: 617.523.1231
F: 617.488.2261

---

[1] That is, the Parties propose that Plaintiff Cooper serve as Class Representative of Subclasses (i), (ii), and (iii) of the subclasses proposed in the Motion. That Motion lists all four subclasses as:

> (i) on behalf of Plan I, all participants of Plan I, except Defendants and their immediate family members, between June 10, 2016 through the date of judgment as to all claims alleging excessive recordkeeping expenses; (ii) on behalf of Plan I, all participants of Plan I except Defendants and their immediate family members, between June 10, 2016 through the date of judgment as to all claims alleging imprudent investment decisions; (iii) on behalf of Plan II, all participants of Plan II, except Defendants and their immediate family members, between June 10, 2016 through the date of judgment as to all claims alleging excessive recordkeeping expenses; (iv) on behalf of Plan II, all participants of Plan II except Defendants and their immediate family members, between June 10, 2016 through the date of judgment as to all claims alleging imprudent investment decisions.

D.E. 36 at 12.

steve@fairworklaw.com
oz@fairworklaw.com

*Attorneys for Plaintiffs Connie Sellers and Sean Cooper*

JFleckner@goodwinlaw.com

Christina L. Hennecken (admitted *pro hac vice*)
Matthew L. Riffee (admitted *pro hac vice*)
Kelsey Pelagalli (admitted *pro hac vice*)
GOODWIN PROCTER LLP
1900 N. Street, NW
Washington, D.C. 20036
T: 202.346.4000
F: 202.346.4444
CHennecken@goodwinlaw.com
MRiffee@goodwinlaw.com
KPelagalli@goodwinlaw.com

*Attorneys for Defendants Trustees of Boston College; Plan Investment Committee*

## **CERTIFICATE OF SERVICE**

I certify that on this date I served a copy of the foregoing document, via electronic filing, on counsel for the Defendants.


Dated: May 17, 2023                         /s/ *Osvaldo Vazquez*
                                            Osvaldo Vazquez