## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNIE SELLERS AND SEAN COOPER, INDIVIDUALLY AND AS THE REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF THE BOSTON COLLEGE 401(K) RETIREMENT PLAN I AND THE BOSTON COLLEGE 401(K) RETIREMENT PLAN II, | Case No. 1:22-cv-10912-WGY |
| *Plaintiffs*, | |
| v. | |
| TRUSTEES OF BOSTON COLLEGE; PLAN INVESTMENT COMMITTEE, AND JOHN AND JANE DOES 1-10, | |
| *Defendants*. | |

## OMNIBUS DECLARATION OF KELSEY B. PELAGALLI

I, Kelsey B. Pelagalli, hereby state and affirm as follows:

1.     I am an associate with the law firm of Goodwin Procter LLP and a member in good standing with the Bar of the District of Columbia.  I am admitted *pro hac vice* to the United States District Court for the District of Massachusetts.

2.     I am counsel of record for the Defendants in the above-captioned action.

3.     I make this declaration in support of Defendants' Motion for Summary Judgment and Defendants' Motions to Exclude the Opinions of Plaintiffs' Experts Ty Minnich and Samuel Halpern.  This declaration is based on personal knowledge and my review of documents and files in the possession of Goodwin Procter LLP.

4.      Attached hereto as Exhibit 1 are true and correct excerpts from the transcript of the April 27, 2023 deposition of David J. Martens.[1]

5.      Attached hereto as Exhibit 2 are true and correct excerpts from the transcript of the March 30, 2023 deposition of Connie L. Sellers.

6.      Attached hereto as Exhibit 3 are true and correct excerpts from the transcript of the April 20, 2023 deposition of Sean Cooper.

7.      Attached hereto as Exhibit 4 are true and correct excerpts from the transcript of the September 14, 2023 deposition of Tyrone ("Ty") E. Minnich.

8.      Attached hereto as Exhibit 5 are true and correct excerpts from the transcript of the April 14, 2023 deposition of David Trainor.

9.      Attached hereto as Exhibit 6 are true and correct excerpts from the transcript of the May 26, 2023 deposition of Vincent Smith.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

10.      Attached hereto as Exhibit 7 are true and correct excerpts from the transcript of the March 8, 2023 deposition of John R. ("Jack") Burke.

11.      Attached hereto as Exhibit 8 are true and correct excerpts from the transcript of the May 16, 2023 deposition of John Zona.

12.      Attached hereto as Exhibit 9 are true and correct excerpts from the transcript of the May 5, 2023 deposition of Jeffrey Pontiff.

---

[1]   Where identified, we have excerpted large deposition transcripts and other large documents.  Defendants are pleased to provide complete versions to counsel or the Court upon request.

ACTIVE/125078940

13.     Attached hereto as Exhibit 10 are true and correct excerpts from the transcript of the May 10, 2023 deposition of John D. Burke.

14.     Attached hereto as Exhibit 11 are true and correct excerpts from the transcript of the August 15, 2023 deposition of Samuel Halpern.

15.     Attached hereto as Exhibit 12 is a true and correct copy of the Confidential Expert Rebuttal Report of Steven K. Gissiner, dated June 8, 2023.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

16.     Attached hereto as Exhibit 13 is a true and correct copy of the Confidential Expert Rebuttal Report of Russell R. Wermers, PH.D. dated June 8, 2023.

17.     Attached hereto as Exhibit 14 is a true and correct copy of the Confidential Expert Sur-Reply Report of Russell R. Wermers, PH.D. dated July 11, 2023.

18.     Attached hereto as Exhibit 15 is a true and correct copy of the Expert Report of Samuel W. Halpern, dated May 11, 2023.

19.     Attached hereto as Exhibit 16 is a true and correct copy of the Sur-Rebuttal Expert Report of Samuel W. Halpern, dated June 22, 2023.

20.     Attached hereto as Exhibit 17 is a true and correct copy of the Amended Expert Report of Ty Minnich, dated June 2, 2023.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

21.    Attached hereto as Exhibit 18 is a true and correct copy of the Sur-Rebuttal Expert Report of Ty Minnich, dated June 22, 2023.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

22.    Attached hereto as Exhibit 19 is a true and correct copy of the Boston College 401(k) Retirement Plan I, dated January 1, 2015.

23.    Attached hereto as Exhibit 20 is a true and correct copy of The Boston College 401(k) Retirement Plan II, dated January 1, 2015.

24.    Attached hereto as Exhibit 21 is a true and correct of The Boston College 401(k) Retirement Plans I & II, Summary Plan Description, dated January 1, 2015.

25.    Attached hereto as Exhibit 22 is a true and correct copy of the Investment Policy Statement of the Boston College 401(k) Retirement Plan, adopted February 27, 2006.

26.    Attached hereto as Exhibit 23 is a true and correct copy of the Boston College 401(k) Plans Investment Committee Charter, adopted June 2017.

27.    Attached hereto as Exhibit 24 is a true and correct copy of the Recordkeeping Services Agreement between Teachers Insurance and Annuity Association of America ("TIAA") and Boston College, dated January 2, 2007, and Amendment Numbers 1-9 thereto.

28.    Attached hereto as Exhibit 25 is a true and correct copy of Amendment Number 1 to the Boston College and Fidelity Investments Institutional Operations Company, Inc. for the Boston College 401(k) Retirement Plan II, dated January 20, 1998.

29.    Attached hereto as Exhibit 26 is a true and correct copy of Amendment Number 3 to the Recordkeeping Services Agreement between Boston College and Fidelity Investments

ACTIVE/125078940

Institutional Operations Company, Inc. for the Boston College 401(k) Retirement Plan II, dated May 6, 2003.

30.     Attached hereto as Exhibit 27 is a true and correct copy of Amendment Number 11 to the Recordkeeping Services Agreement between TIAA and Boston College, dated January 2, 2007, signed on January 30, 2018.

31.     Attached hereto as Exhibit 28 is a true and correct copy of Amendment Number 14 to the Recordkeeping Services Agreement between TIAA and Boston College, dated January 2, 2007, signed on November 8, 2019.

32.     Attached hereto as Exhibit 29 is a true and correct copy of Amendment Number 17 to the Recordkeeping Services Agreement between TIAA and Boston College, dated January 2, 2007, signed on August 24, 2021.   Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions. An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

33.     Attached hereto as Exhibit 30 is a true and correct copy of the Recordkeeping Services Agreement between Boston College and Fidelity Investments Institutional Operations Company, Inc. for the Boston College 401(k) Retirement Plan II, dated July 1, 1997.

34.     Attached hereto as Exhibit 31 is a true and correct copy of the Amendment Number 9 to the Recordkeeping Services Agreement between Fidelity Workplace Services LLC and Boston College, dated July 1, 2015, signed on August 3, 2015.

35.     Attached hereto as Exhibit 32 is a true and correct copy of the Amendment Number 10 to the Recordkeeping Services Agreement between Fidelity Workplace Services LLC and Boston College, dated April 1, 2017, signed on June 16, 2017.

ACTIVE/125078940

36.     Attached hereto as Exhibit 33 is a true and correct copy of the Amendment Number 11 to the Recordkeeping Services Agreement between Fidelity Workplace Services LLC and Boston College, dated January 1, 2019, signed on February 26, 2019.

37.     Attached hereto as Exhibit 34 is a true and correct copy of the Amendment Number 12 to the Recordkeeping Services Agreement between Fidelity Workplace Services LLC and Boston College, dated July 1, 2021, signed on September 9, 2021.

38.     Attached hereto as Exhibit 35 is a true and correct copy of the FIA Retirement Plan Investment Consulting Agreement, dated January 9, 2012.

39.     Attached hereto as Exhibit 36 is a true and correct copy of the Boston College 401(k) Plan II Participant Disclosure Notice,  reflecting data recordkept as of October 11, 2021.

40.     Attached hereto as Exhibit 37 is a true and correct copy of the TIAA, Boston College 401(k) Retirement Plan I 408(b) Disclosure, dated November 8, 2016.

41.     Exhibit 38 has been intentionally omitted.

42.     Attached hereto as Exhibit 39 is a true and correct copy of TIAA, Boston College 401(k) Retirement Plan I 408(b) Disclosure, dated May 3, 2021.

43.     Attached hereto as Exhibit 40 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated March 7, 2016.

44.     Attached hereto as Exhibit 41 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated April 29, 2016.

45.     Attached hereto as Exhibit 42 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated November 1, 2016.

46.     Attached hereto as Exhibit 43 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated March 1, 2017.

ACTIVE/125078940

47.     Attached hereto as Exhibit 44 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated June 26, 2017.

48.     Attached hereto as Exhibit 45 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated October 30, 2017.

49.     Attached hereto as Exhibit 46 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated March 21, 2018.

50.     Attached hereto as Exhibit 47 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated August 8, 2018.

51.     Attached hereto as Exhibit 48 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated November 26, 2018.

52.     Attached hereto as Exhibit 49 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated February 18, 2019.

53.     Attached hereto as Exhibit 50 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated April 24, 2019.

54.     Attached hereto as Exhibit 51 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated October 30, 2019.

55.     Attached hereto as Exhibit 52 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated February 12, 2020.

56.     Attached hereto as Exhibit 53 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated May 27, 2020.

57.     Attached hereto as Exhibit 54 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated December 9, 2020.

ACTIVE/125078940

58.     Attached hereto as Exhibit 55 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated March 2, 2021.

59.     Attached hereto as Exhibit 56 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated June 21, 2021.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

60.     Attached hereto as Exhibit 57 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated March 8, 2022.

61.     Attached hereto as Exhibit 58 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated June 2, 2022.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

62.     Attached hereto as Exhibit 59 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated August 18, 2022.

63.     Attached hereto as Exhibit 60 is a true and correct copy of the Boston College Quarterly Investment Review – Q4, 2015.

64.     Attached hereto as Exhibit 61 is a true and correct copy of the Boston College Quarterly Investment Review – Q1, 2016.

65.     Attached hereto as Exhibit 62 is a true and correct copy of the Boston College Quarterly Investment Review – Q2, 2016.

ACTIVE/125078940

66.     Attached hereto as Exhibit 63 is a true and correct copy of the Boston College Quarterly Investment Review – Q3, 2016.

67.     Attached hereto as Exhibit 64 is a true and correct copy of the Boston College Quarterly Investment Review – Q4, 2016.

68.     Attached hereto as Exhibit 65 is a true and correct copy of the Boston College Quarterly Investment Review –  Q1, 2017.

69.     Attached hereto as Exhibit 66 is a true and correct copy of the Boston College Quarterly Investment Review – Q3, 2017.

70.     Attached hereto as Exhibit 67 is a true and correct copy of the Boston College Quarterly Investment Review – Q4, 2017.

71.     Attached hereto as Exhibit 68 is a true and correct copy of the Boston College Quarterly Investment Review – Q2, 2018.

72.     Attached hereto as Exhibit 69 is a true and correct copy of the Boston College Quarterly Investment Review – Q3, 2018.

73.     Attached hereto as Exhibit 70 is a true and correct copy of the presentation titled "Boston College – Fidelity Pricing Project Update," dated August 7, 2018.

74.     Attached hereto as Exhibit 71 is a true and correct copy of the presentation titled "Boston College, Request for Proposal Analysis – 401(k) Retirement Plans," dated November 12, 2018.

75.     Attached hereto as Exhibit 72 is a true and correct copy of the presentation titled "Boston College, Request for Proposal Analysis – 401(k) Retirement Plans," dated November 26, 2018.

9

76.     Attached hereto as Exhibit 73 is a true and correct copy of the Boston College Quarterly Investment Review – Q4, 2018.

77.     Attached hereto as Exhibit 74 is a true and correct copy of the Boston College Quarterly Investment Review – Q1, 2019.

78.     Attached hereto as Exhibit 75 is a true and correct copy of the Boston College Quarterly Investment Review – Q2, 2019.

79.     Attached hereto as Exhibit 76 is a true and correct copy of the Boston College Quarterly Investment Review – Q3, 2019.

80.     Attached hereto as Exhibit 77 is a true and correct copy of the Boston College Quarterly Investment Review – Q4, 2019.

81.     Attached hereto as Exhibit 78 is a true and correct copy of the Boston College Quarterly Investment Review – Q1, 2020.

82.     Attached hereto as Exhibit 79 is a true and correct copy of the Boston College Quarterly Investment Review – Q2, 2020.

83.     Attached hereto as Exhibit 80 is a true and correct copy of the Boston College Quarterly Investment Review – Q3, 2020.

84.     Attached hereto as Exhibit 81 is a true and correct copy of the Boston College Quarterly Investment Review – Q4, 2020.

85.     Attached hereto as Exhibit 82 is a true and correct copy of the Boston College Quarterly Investment Review – Q1, 2021.

86.     Attached hereto as Exhibit 83 is a true and correct copy of the Boston College Quarterly Investment Review – Q2, 2021.

ACTIVE/125078940

87.     Attached hereto as Exhibit 84 is a true and correct copy of the Boston College Quarterly Investment Review – Q3, 2021.

88.     Attached hereto as Exhibit 85 is a true and correct copy of the Boston College Quarterly Investment Review – Q4, 2021.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

89.     Attached hereto as Exhibit 86 is a true and correct copy of the Boston College Quarterly Investment Review – Q1, 2022.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

90.     Attached hereto as Exhibit 87 is a true and correct copy of the Boston College Quarterly Investment Review – Q2, 2022.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

91.     Attached hereto as Exhibit 88 is a true and correct copy of the Boston College Quarterly Investment Review – Q3, 2022.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

ACTIVE/125078940

92.      Attached hereto as Exhibit 89 is a true and correct copy of the Boston College Quarterly Investment Review – Q4, 2022.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

93.      Attached hereto as Exhibit 90 is a true and correct copy of the Fiduciary Governance Checklists, dated 2016 through 2022.

94.      Attached hereto as Exhibit 91 is a true and correct copy of the Quarterly Investment Review – Q2, 2017.

95.      Attached hereto as Exhibit 92 is a true and correct copy of the Quarterly Investment Review – Q1, 2018.

96.      Attached hereto as Exhibit 93 is a true and correct copy of the Fiducient, Boston College – Retirement Program TIAA-CREF Plan Pricing Project – Analysis, based on plan information as of 12/31/2015.

97.      Attached hereto as Exhibit 94 is a true and correct copy of the TIAA, Plan Economics Reconciliation Report, 01/01/2016-6/30/2016.  This document was produced as BC-SELLERS010240, but was converted to PDF to comply with the USDC-MA ECF procedures.  A native copy may be provided upon request.

98.      Attached hereto as Exhibit 95 is a true and correct copy of the TIAA, Plan Economics Reconciliation Report, 07/1/2016-12/31/2016.  This document was produced as BCSELLERS010241, but was converted to PDF to comply with the USDC-MA ECF procedures. A native copy may be provided upon request.

99.     Attached hereto as Exhibit 96 is a true and correct copy of TIAA, Boston College, Fund Usage and Diversification, for the Period Ending 12/31/2022.

100.     Attached hereto as Exhibit 97 is a true and correct copy of the TIAA Boston College 401(K) Retirement, Plan and Investment Notice, February 19, 2020.

101.     Attached hereto as Exhibit 98 is a true and correct copy of the Fiducient Termination Memo.

102.     Attached hereto as Exhibit 99 is a true and correct copy of a May 16, 2017 email from David Trainor to Jack Burke titled "Re: Retirement Plan Fee Litigation Update."

103.     Attached hereto as Exhibit 100 is a true and correct copy of a June 19, 2017 email from David Martens to Vincent Smith titled "Re: Retirement Program – Fiduciary Governance Meeting Materials."

104.     Attached hereto as Exhibit 101 is a true and correct copy of an August 18, 2017 email from John Burke to Christine Dunn titled "Fwd: Investment Committee Meeting."

105.     Attached hereto as Exhibit 102 is a true and correct copy of an October 24, 2018 email from John Zona to Vincent Smith titled "Re: Board of Trustees Meeting – Draft Fiduciary Governance Memo."

106.     Attached hereto as Exhibit 103 is a true and correct copy of a February 15, 2019 email from Vincent Smith to David Martens titled "RE: Fiduciary Governance Meeting – Retirement Program."

107.     Attached hereto as Exhibit 104 is a true and correct copy of a February 15, 2019 email from Carla Portelli of TIAA to Robert Wietholter of TIAA and Jack Burke titled "RE: Document Package – Price Reduction for Boston College."

ACTIVE/125078940

108.    Attached hereto as Exhibit 105 is a true and correct copy of a February 25, 2021 email from Jeffrey Pontiff to Vincent Smith titled "Re: Retirement Plan Oversight & Investment Committee Meeting."

109.    Attached hereto as Exhibit 106 is a true and correct copy of a March 23, 2021 email from German Hovakimian of TIAA to Jack Burke titled "RE: Action Requested – Letter of Understanding (LOU) – Investment Menu Change."

110.    Attached hereto as Exhibit 107 is a true and correct copy of a July 12, 2021 email from Vincent Smith to Jack Burke *et al.*, titled "BC – Administrative Fee Requirement – Fidelity Platform."

111.    Attached hereto as Exhibit 108 is a true and correct copy of a September 8, 2021 email from Jeffrey Pontiff to Vincent Smith titled "Re: FW: Retirement Program – Update." Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

112.    Attached hereto as Exhibit 109 is a true and correct copy of an October 11, 2022 email and attachment from Jack Burke to Vin Smith titled "FW: Boston College (9/20)** Salesforce Submission**."

113.    Attached hereto as Exhibit 110 is a true and correct copy of from Plaintiff Connie Sellers' TIAA Contract, dated July 1, 1994.

114.    Attached hereto as Exhibit 111 is a true and correct copy of Plaintiffs' Answers & Objections to Defendants' First Set of Interrogatories to Plaintiff Connie Sellers, dated March 13, 2023.

ACTIVE/125078940

115.    Attached hereto as Exhibit 112 is a true and correct copy of Plaintiffs' Answers & Objections to Defendants' First Set of Interrogatories to Plaintiff Sean Cooper, dated March 13, 2023.

116.    Attached hereto as Exhibit 113 is a true and correct copy of Defendants' Responses & Objections to Plaintiffs' First Set of Interrogatories, dated January 12, 2023.

117.    Exhibit 114 has been intentionally omitted.

118.    Attached hereto as Exhibit 115 is TIAA, "Investing with growth potential and lots of options," available at https://www.tiaa.org/public/offer/products/annuities/personal-annuities/variable-annuity (accessed September 27, 2023).

119.    Attached hereto as Exhibit 116 is a true and correct copy of "Boston College Fee Summary" for the TIAA and Fidelity Platforms, 2012–2021.  Certain pages of this document contain information which Defendants have sought leave to file under seal, *see* ECF No. 51, and is thus filed with redactions.  An unredacted version will be provided to the Court under seal pending its review of Defendants' motion.

120.    Attached hereto as Exhibit 117 is a true and correct copy of "CREF Retirement Annuity Accounts, CREF Stock Account," dated June 30, 2023, available at https://fluenttech.tiaa.org/pdf/factsheet/194408118.pdf (accessed September 27, 2023).

121.    Attached hereto as Exhibit 118 is a true and correct copy of the College Retirement Equities Fund Prospectus, dated May 1, 2023, available at https://connect.rightprospectus.com/TIAA/TADF/194408803/P?site=VA (accessed September 27, 2023).

122.    Exhibit 119 has been intentionally omitted.

ACTIVE/125078940

123.    Attached hereto as Exhibit 120 are true and excerpts from the TIAA Real Estate Prospectus, dated May 1, 2022, available at https://www.tiaa.org/public/pdf/r/realestate_prosp.pdf (accessed September 27, 2023).

124.    Attached hereto as Exhibit 121 is a true and correct copy of "TIAA Real Estate Account Frequently Asked Questions" dated March 31, 2023, available at https://www.tiaa.org/public/pdf/performance/REA_FAQ.pdf (accessed September 27, 2023).

125.    Attached hereto as Exhibit 122 is a true and correct copy of Boston College, "Faculty Directory – Jeffrey Pontiff," available at https://www.bc.edu/bc-web/schools/carroll-school/faculty-research/faculty-directory/jeffrey-pontiff.html (accessed September 27, 2023).

126.    Attached hereto as Exhibit 123 is a true and correct copy of TIAA, "TIAA Real Estate Account – A different kind of real estate investment," available at https://www.tiaa.org/public/pdf/d/differentkindofrealestateinvestment.pdf  (accessed  September 27, 2023).

127.    Attached hereto as Exhibit 124 is a true and correct copy of Morningstar Direct; "The Morningstar Rating for Funds," Morningstar, dated August 2021, available at https://www.morningstar.com/content/dam/marketing/shared/research/methodology/771945_Morningstar_Rating_for_Funds_Methodology.pdf (accessed September 27, 2023).

128.    Attached hereto as Exhibit 125 is a true and correct copy of Morningstar, "TIAA Real Estate Account Quote," as of August 31, 2023 available at https://www.morningstar.com/funds/xnas/qrearx/quote (accessed September 27, 2023).

129.    Exhibit 126 has been intentionally omitted.

ACTIVE/125078940

130.    Attached hereto as Exhibit 127 is "U.S. News, Best National University Rankings (2022-2023)", available at https:www.usnews.com/best-colleges/rankings/national-universities (accessed September 27, 2023).

131.    Attached hereto as Exhibit 128 is Boston College, "About BC," available at https://www.bc.edu/content/bc-web/about.html) (accessed September 27, 2023).

132.    Attached hereto as Exhibit 129 is Jeffrey Pontiff's research website, available at https://sites.google.com/bc.edu/jeff-pontiff/home (accessed September 27, 2023).

133.    Attached hereto as Exhibit 130 is a true and correct copy of Plan Sponsor Consultants, "Our 401(k) Investments are on the Watchlist. Now What?", dated September 30, 2019, available at https://plansponsorconsultants.com/our-401k-investments-are-on-the-watchlist-now-what) (accessed September 27, 2023).

134.    Attached hereto as Exhibit 131 is a true and correct copy of the Boston College Investment Committee Meeting Minutes, dated November 15, 2021.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.


Signed on this 29th day of September, 2023.


_Kelsey Pelagalli_
_____
      Kelsey B. Pelagalli

17

## **CERTIFICATE OF SERVICE**

I, Kelsey B. Pelagalli, hereby certify that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 29, 2023.  The foregoing document will be available for viewing and downloading from the ECF system.

/s/  *Kelsey B. Pelagalli*
Kelsey B. Pelagalli

18