# Exhibits 1-45
# to Omnibus Declaration of
# Kelsey B. Pelagalli