UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNIE SELLERS AND SEAN COOPER, INDIVIDUALLY AND AS THE REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF THE BOSTON COLLEGE 401(K) RETIREMENT PLAN I AND THE BOSTON COLLEGE 401(K) RETIREMENT PLAN II,<br><br>                    Plaintiffs,<br><br>v.<br><br>TRUSTEES OF BOSTON COLLEGE; PLAN INVESTMENT COMMITTEE, AND JOHN AND JANE DOES 1-10,<br><br>                    Defendants. | Civil Action No. 1:22-cv-10912-WGY |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT TY MINNICH, AND MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING DAMAGES

Defendants Trustees of Boston College and the Plan Investment Committee (collectively, "Boston College" or "Defendants") respectfully submit this notice of supplemental authority in further support of Defendants' Motion for Summary Judgment (ECF No. 58), Defendants' Motion to Exclude Opinions of Plaintiffs' Expert Ty Minnich (ECF No. 56), and Defendants' Motion *in Limine* to Preclude Evidence and Argument Regarding Damages (ECF No. 80) (collectively, the "Motions"). Defendants' Motion for Summary Judgment is scheduled for oral argument at 2:00 p.m. on November 14, 2023.

Defendants submit this notice of supplemental authority to bring to the Court's attention the Second Circuit's November 14, 2023 decision in *Cunningham v. Cornell University*, Case No. 21-88-cv (2d Cir. Nov. 14, 2023), attached as Exhibit A, which was issued after Defendants' Motions were fully briefed. The Second Circuit's opinion and order affirms the district court's decision in *Cunningham v. Cornell University*, 2019 WL 4735876 (S.D.N.Y. Sept. 27, 2019), on which Defendants relied in support of their Motions. *See* ECF No. 57 at 6, 8-10; ECF No. 59 at 10, 13, 15, 18-19; ECF No. 81 at 5.

Dated:  November 14, 2023

Respectfully submitted,

TRUSTEES OF BOSTON COLLEGE; PLAN INVESTMENT COMMITTEE,

By their attorneys,

*/s/ James O. Fleckner*
James O. Fleckner (BBO # 641494)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
T:  617.570.1000
F:  617.523.1231
JFleckner@goodwinlaw.com

Christina L. Hennecken (admitted *pro hac vice*)
Matthew Riffee (admitted *pro hac vice*)
Kelsey B. Pelagalli (admitted *pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
T: 202.346.4000
F: 202.346.4444
CHennecken@goodwinlaw.com
MRiffee@goodwinlaw.com
KPelagalli@goodwinlaw.com

## CERTIFICATE OF SERVICE

      I, James O. Fleckner, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 14, 2023.

*/s/ James O. Fleckner*
James O. Fleckner

ACTIVE/126087921